**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RYAN JAMES THOMPSON,

  Plaintiff,

                                     CASE NO.: 3:24-cv-00014

v.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, and
SANTANDER CONSUEMR USA INC. d/b/a
CHRYSLER CAPITAL,

      Defendants.
_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC**

     COMES NOW Plaintiff, RYAN JAMES THOMPSON by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: February 2nd, 2024.

**/s/ Christopher W. Legg**
Christopher W. Legg, Esq.
Florida Bar No. 0044460
Primary Email:
Chris@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Cell: 813-299-8537
Facsimile: 844-951-3933
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 2nd of February, 2024, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Christopher W. Legg**
Christopher W. Legg, Esq.
Florida Bar #: 0044460
*Attorney for Plaintiff*