UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RYAN JAMES THOMPSON,  Case No.  3:24-CV-00014

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and SANTANDER CONSUMER USA INC. d/b/a CHRYSLER CAPITAL,

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Santander Consumer USA Inc. d/b/a Chrysler Capital, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the necessary settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

**HOLLAND & KNIGHT, LLP**

*/s/ R. Carter Burgess*
R. Carter Burgess, Esq.
Florida Bar #058298
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
(904) 798-5458 (telephone)
(904) 358-1872 (facsimile)
carter.burgess@hklaw.com
Kathleen.griffith@hklaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record, this 8th day of March, 2024.

*/s/ R. Carter Burgess*
Attorney

2

#244634775_v1